## FOURTH DISTRICT.

Pleasant Burnett and Margaret Burnett, appellees, v. Wood River Lumber & Supply Company et al. Wood River Lumber & Supply Company, appellant.

Bill to enjoin enforcement of judgment. Decree for complainants. Appeal from the Circuit Court of Madison county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the April term, 1926. Reversed and remanded with directions. Opinion filed July 9, 1926.

F. J. Manning and S. A. Bleisch, for appellant; Warnock, Williamson & Burroughs, of counsel. C. W. Burton, for appellees.

Mr. Justice Barry delivered the opinion of the court.

Emil N. Kiefer, appellee, v. Catherine M. Reis and Michael C. Reis, appellants. State Savings & Loan Association, appellee.

Bill to foreclose mechanic's lien. Decree for complainants. Appeal from the Circuit Court of St. Clair county; the Hon. George A. Crow, Judge, presiding. Heard in this court at the March term, 1926. Affirmed. Opinion filed July 9, 1926.

Turner, Holder & Bullington, for appellants. C. E. Pope and H. F. Driemeyer, for State Savings & Loan Ass'n, appellee. Maurice V. Joyce and Louis P. Zerweck, for Emil N. Kiefer, appellee.

Mr. Justice Barry delivered the opinion of the court.

Harlan Stockton et al., defendants in error, v. Tamaroa Little Muddy Coal Company and Samuel B. Weinberger, plaintiffs in error.

Bill to cancel lease and subject lessee's unpaid corporate stock to lease debts and penalties. Decree for complainants. Error to the Circuit Court of Perry county; the Hon. J. F. Gillham, Judge, presiding. Heard in this court at the March term, 1926. Reversed and remanded. Opinion filed November 9, 1926.

Newman, Poppenhusen, Stern & Johnston and L. A. Cranston, for Samuel G. Weinberger, plaintiff in error; Edward R. Johnston and Henry Jackson Darby, of counsel. Noleman, Smith & Dallstream, for defendants in error.

Mr. Presiding Justice Boggs delivered the opinion of the court.

First National Bank of Anna, Illinois, and Mangold-Alden Company, appellants, v. Agnes M. Rooney, administratrix of the estate of John I. Rooney, deceased, appellee.

Proceedings to sell land to pay debts of decedent. Claim allowed in part. Claimant appeals. Appeal from the Circuit Court of Union county; the Hon. A. E. Somers, Judge, presiding. Heard in this court at the March term, 1926. Affirmed in part, reversed in part and remanded. Opinion filed November 9, 1926.

A. Ney Sessions, for appellants. Charles C. Crawford, for appellee.

Mr. Presiding Justice Boggs delivered the opinion of the court,